## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LA PALOMA GENERATING COMPANY, LLC, *et al.*, | Case No. 16-12700 (CSS) (Jointly Administered) |
| Debtors. | |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE AD HOC GROUP OF SECOND-LIEN CREDITORS IN RESPONSE TO THE DEBTORS' MOTION FOR A FINAL ORDER (I) AUTHORIZING USE OF SUNTRUST BANK'S CASH COLLATERAL, AND (II) DIRECTING IMMEDIATE RELEASE OF FUNDS IN CERTIFICATE OF DEPOSIT

The Ad Hoc Group of Second-Lien Creditors (the "2L Group") through their counsel, Morgan, Lewis & Bockius LLP, respectfully submits this limited objection and reservation of rights in response to the Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Use of SunTrust Bank's Cash Collateral, and (II) Directing Immediate Release of Funds in Certificate of Deposit [ECF #9] (the "Motion"), to the extent the Debtors now seek entry of an order granting the Motion on a final basis [*see* D.I. 78 (Notice)] (the "Final Order").[1]

1.      The current members of the 2L Group hold a majority of the principal amount of $110 million, plus interest and expenses, owed by Debtor La Paloma Generating Company LLC ("La Paloma"), as Borrower, to the lenders (the "2L Lenders") party to the Second-Lien Term Loan Credit Agreement, dated as of February 20, 2014 (the "2L CA").[2] La Paloma's obligations under the 2L CA are secured by the collateral package for which Bank of New York Mellon is

---

[1] A proposed Final Order has not yet been filed, although the 2L Group's counsel has reviewed a tentative draft thereof, provided as a courtesy by Debtors' counsel.

[2] The 2L Group intends to file a Rule 2019 Statement prior to the hearing on the Motion.

the Collateral Agent on behalf of certain first-lien and second-lien creditors and their respective administrative agents (the "Other Secured Creditors"), which do not include SunTrust Bank as party to the SunTrust L/C Facility (as defined in the Motion).

2.      The original administrative agent for the 2L CA was SunTrust Bank, until it abruptly resigned on December 1, 2016 without making any arrangements for a successor agent to be appointed. The 2L Group and the other 2L Lenders are in the process of appointing a successor agent for the 2L CA.

3.      Because the 2L Group has only recently been formed and the 2L Lenders have not had the benefit of an administrative agent since the petition date, the 2L Group has not had a meaningful opportunity to investigate the background to these chapter 11 cases, including the Debtors' assertions in support of the Motion, or to take a formal position prior to this Court's entry of the Interim Order on December 9, 2016 [D.I. 58] or the Second Interim Order on December 14, 2016 [D.I. 74] in respect of the Motion.

4.      In light of these circumstances, the 2L Group respectfully requests that this Court include in the Final Order a provision extending the Challenge Period established in paragraph 12 of the Second Interim Order with respect to the 2L Group from 75 days (i.e., to February 27, 2017) to 105 days (i.e., to March 28, 2017). The Debtors and the creditors under the First-Lien Term Loan Agreement (as defined in the Second Interim Order) have indicated, through their respective counsel, that they do not oppose this request.[3]

5.      Subject to the foregoing request, the 2L Group does not object to the Motion on the basis of the Debtors' releases of claims against SunTrust Bank, as set forth in the Second Interim Order (and, presumably, to be reaffirmed in the Final Order), as long as the Final Order

---

[3] In the event any party in interest asserts, and this Court agrees, that a formal motion is required for this relief, the 2L Group reserves its right to file such a motion.

preserves any claims that the Other Secured Creditors may have against SunTrust Bank (including the 2L Group's members' potential claims against SunTrust Bank in its capacity as administrative agent for the 2L CA), to the extent currently provided in paragraphs 10 and 12 of the Second Interim Order. For the avoidance of any doubt, the members of the 2L Group decline to waive or release any of their rights or remedies against SunTrust Bank.

6.      In the Motion, the Debtors assert that no creditor other than SunTrust Bank has a security interest in the cash collateral that is the subject of the Motion (the "Cash Collateral"). The 2L Group does not concede the accuracy of this assertion or otherwise support it. However, the 2L Group does not object to the Motion on the basis of this assertion, as long as the Final Order fully preserves the rights of the Other Secured Creditors (including the 2L Group's members) to dispute that assertion, to the extent currently provided in paragraphs 9(b) and 11 of the Second Interim Order.

7.      If the provisions of the Second Interim Order that protect the rights and remedies of the Other Secured Creditors (including the members of the 2L Group) against SunTrust and in respect of the Cash Collateral - chiefly paragraphs 9(b), 10, 11 and 12 thereof - are not disturbed by the proposed Final Order, then the 2L Group does not object to the Motion.

8.      To the extent the proposed Final Order impairs any such rights and remedies, however, the 2L Group objects to the Motion, as depriving the 2L Group's members of their rights and remedies unjustly, unnecessarily, and without a sufficient evidentiary basis.

9.      The 2L Group reserves its right to amend or supplement this limited objection and reservation of rights based on further papers filed (including without limitation a formal proposed Final Order) or arguments made by any party in interest at or in advance of the hearing of the Motion.

Dated: January 12, 2017

/s/ *Jody C. Barillare*
**MORGAN, LEWIS & BOCKIUS LLP**

Jody C. Barillare (#5107)
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone: 302.574.3000
Facsimile: 302.574.3001
jody.barillare@morganlewis.com

Glenn E. Siegel (pro hac motion pending)
Joshua Dorchak (pro hac motion pending)
Elaine V. Fenna (pro hac motion pending)
101 Park Avenue
New York, New York 10178
Telephone: 212.309.6000
Facsimile: 212.309.6001
glenn.siegel@morganlewis.com
joshua.dorchak@morganlewis.com
elaine.fenna@morganlewis.com

*Attorneys for the Ad Hoc Group*
*of Second-Lien Creditors*