## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------x
                                          :
                                          :
In re:                                    :    Chapter 11
                                          :
LA PALOMA GENERATING COMPANY,             :    Case No. 16-12700 (CSS)
LLC, et al.,¹                             :
                                          :    Jointly Administered
                          Debtors.        :
                                          :
                                          :
                                          :
----------------------------------------------------------x
```

## LNV CORPORATION'S STATEMENT OF
## ISSUES AND DESIGNATION OF RECORD ON APPEAL

LNV Corporation ("**LNV**"), as lender under (i) that certain First-Lien Working Capital Agreement, dated as of February 20, 2014, by and between La Paloma Generating Company, LLC, the lenders and L/C issuers party thereto, and Bank of America, N.A., as administrative agent (as amended, restated, supplemented or otherwise modified from time to time, the "**First-Lien WCF Agreement**") and (ii) that certain First-Lien Term Loan Credit Agreement, dated as of February 20, 2014, by and between La Paloma Generating Company, LLC, the lenders party thereto, and Bank of America, N.A., as administrative agent (as amended, restated, supplemented or otherwise modified from time to time, the "**First-Lien Term Loan Credit Agreement**"), hereby submits this statement of issues and designation of record on appeal pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure in the above-captioned appeal of the *Findings of Fact, Conclusions of Law and Order Confirming Joint Chapter 11 Plan for La*

---

¹      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are La Paloma Generating Company, LLC (9359), La Paloma Acquisition Co, LLC (2500), and CEP La Paloma Operating Company, LLC (2503). The address of the Debtors' corporate headquarters is 1700 Pennsylvania Avenue NW, Suite 800, Washington, DC 20006.

*Paloma Generating Company, LLC, et al., and Approving Sale of Assets Thereunder* (the

"**Confirmation Order**") [Bankr. D.I. 869], which was entered by the United States Bankruptcy

Court for the District of Delaware (the "**Bankruptcy Court**") on November 6, 2017, filed by the

Ad Hoc Group of Second Lien Creditors (the "**Appellant**").  LNV respectfully states as follows:

## DESIGNATION OF ADDITIONAL ITEMS

In addition to anything in the record properly designated by the Ad Hoc Group of Second

Lien Creditors, as Appellant, or any other party to this appeal, LNV designates the following

additional docket entries from Case No. 16-12700:

| Item No. | Dkt. No. | Document |
|:---:|:---:|---|
| 1 | N/A | Proof of Claim #39 Filed by The Bank of New York Mellon, as Collateral Agent Under the Collateral Agency and Intercreditor Agreement Dated August 16, 2005 |
| 2 | N/A | Proof of Claim #40 Filed by The Bank of New York Mellon, as Collateral Agent Under the Collateral Agency and Intercreditor Agreement Dated August 16, 2005 |
| 3 | N/A | Proof of Claim #46 Filed by Bank of America, N.A., as Administrative Agent for the Lenders Under the First-Lien Credit Agreements Dated February 20, 2014 |
| 4 | N/A | Proof of Claim #47 Filed by Bank of America, N.A., as Administrative Agent for the Lenders Under the First-Lien Credit Agreements Dated February 20, 2014 |
| 5 | N/A | Proof of Claim #56 Filed by Wilmington Trust, as Administrative Agent Under the Second Lien Term Loan Agreement Dated February 20, 2014 |
| 6 | N/A | Proof of Claim #57 Filed by Wilmington Trust, as Administrative Agent Under the Second Lien Term Loan Agreement Dated February 20, 2014 |

| 6 | 9 | Motion to Approve Use of Cash Collateral //Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of SunTrust Bank's Cash Collateral, and (II) Directing Immediate Release of Funds in Certificate of Deposit Filed By La Paloma Generating Company, LLC |
| --- | --- | --- |
| 7 | 288 | Exhibit(s) (Notice of Filing of Extended Budget in Connection with "Final Order (I) Authorizing Use of SunTrust Bank's Cash Collateral ad Directing Immediate Release of Funds in Certificate of Deposit") (related document(s)174) Filed by La Paloma Generating Company, LLC. |
| 8 | 306 | Motion to Approve Use of Cash Collateral // Debtors' Motion for Entry of Consensual Order Authorizing Use of Purported Cash Collateral Filed by La Paloma Generating Company, LLC. Hearing scheduled for 5/10/2017 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 5/3/2017. (Attachments: # 1 Notice # 2 Exhibit A) |
| 9 | 336 | Order [CONSENSUAL] Authorizing Use of Purported Cash Collateral (Related Doc # 306, 328). Signed on 5/8/2017. (Attachments: # 1 Exhibit A) |
| 10 | 402 | Exhibit(s) //Notice of Filing of Extended Budget in Connection with "Consensual Order Authorizing Use of Purported Cash Collateral" (related document(s)336) Filed by La Paloma Generating Company, LLC. (Attachments: # 1 Exhibit 1) |
| 11 | 419 | Objection to Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (related document(s) 395) Filed by LNV Corporation |
| 12 | 420 | Motion to File Under Seal a Plan Term Sheet in Connection with the Objection of LNV Corporation to Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by LNV Corporation. (Attachments: # 1 Exhibit A) |
| 13 | 433 | Exhibit(s) (Notice of Filing of Further Extended Budget in Connection with "Consensual Order Authorizing Use of Purported Cash Collateral" (related document(s) 336, 402) Filed by La Paloma Generating Company, LLC. (Attachments: # 1 Exhibit 1) |
| 114 | 476 | Exhibit(s) (Notice of Filing of Further Extended Budget in Connection with "Consensual Order Authorizing Use of Purported Cash Collateral") (related document(s) 336, 402, 433) Filed by La Paloma Generating Company, LLC. |

| 15 | 478 | Transcript regarding Hearing Held 7/10/2017 RE: Exclusivity Motion. |
|----|-----|---------------------------------------------------------------------|
| 16 | 483 | Certification of Counsel in Connection with Motion to File Under Seal a Plan Term Sheet in Connection with the Objection of LNV Corporation to Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (related document(s) 420) Filed by LNV Corporation. |
| 17 | 486 | Order Denying Motion to File Under Seal a Plan Term Sheet in Connection with the Objection of LNV Corporation to Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement. (Related Doc # 420) Order Signed on 7/14/2017. |
| 18 | 488 | Exhibit(s) Notice of Filing of LNV Plan Term Sheet (related document(s) 420, 483, 486) Filed by LNV Corporation. |
| 19 | 508 | Notice of Filing of Further Extended Budget in Connection with "Consensual Order Authorizing Use of Purported Cash Collateral" (related document(s) 336, 402, 433, 476) Filed by La Paloma Generating Company, LLC. (Attachments: # 1 Exhibit 1) |
| 20 | 520 | Transcript regarding Hearing Held 7/24/2017 RE: Omnibus/Fees. |
| 21 | 616 | Certification of Counsel in Connection with Motion of LNV Corporation for Entry of an Order Pursuant to 11 U.S.C. § 1121(d)(1) Terminating the Debtors' Exclusive Periods to File and Solicit Votes on a Chapter 11 Plan (related document(s) 566, 575, 577, 585) Filed by LNV Corporation. |
| 22 | 715 | Order Approving Stipulation Among La Paloma Generating Company, LLC and its Affiliated Debtors and Debtors in Possession, LNV Corporation; and California Air Resources Board. (related document(s) 713) Order Signed on 10/12/2017. |
| 23 | 726 | Memorandum of Law/Brief California Air Resources Board Opening Brief pursuant to Stipulation among La Paloma Generating Company, LLC and Its Affiliated Debtors and Debtors in Possession; LNV Corporation; and California Air Resources Board (related document(s)715) Filed by California Air Resources Board (related document(s)715). |

| 24 | 727 | Memorandum of Law Opening Brief Of LNV Corporation Regarding Non-Liability Of A Purchaser Of The Acquired Assets To Surrender Compliance Instruments On Account Of The Debtors Emissions Under Californias Cap And Trade Regulation (related document(s) 715) Filed by LNV Corporation. (Attachments: # 1 Appendix) |
|----|-----|----|
| 25 | 773 | Exhibit(s) // Notice of Filing of Further Extended Budget in Connection with "Consensual Order Authorizing Use of Purported Cash Collateral" (related document(s) 336, 402, 433, 476, 508) Filed by La Paloma Generating Company, LLC. (Attachments: # 1 Exhibit 1) |
| 26 | 793 | Reply by California Air Resources Board to Opening Brief of LNV Corporation Regarding Future Compliance with California's Cap and Trade Regulation (related document(s) 715, 726, 727) Filed by California Air Resources Board |
| 27 | 794 | Reply Responding Brief of LNV Corporation Regarding Non Liability of a Purchaser of the Acquired Assets to Surrender Compliance Instruments on Account of the Debtors Emissions Under Californias Cap and Trade Regulation (related document(s) 715, 726, 727) Filed by LNV Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 28 | 885 | Exhibit(s) (Notice of Filing of Further Extended Budget Connection with "Consensual Order Authorizing Use of Purported Cash Collateral") (related document(s) 336, 402, 433, 476, 508, 773) Filed by La Paloma Generating Company, LLC. (Attachments: # 1 Exhibit 1) |
| 29 | 889 | Affidavit/Declaration of Service of Forrest Kuffer of Epiq Bankruptcy Solutions, LLC, with respect to Opinion and Order in Furtherance of Confirmation (related document(s) 881, 882) Filed by La Paloma Generating Company, LLC. |
| 30 | 898 | Notice of Appeal (BAP 17-45) (Civ. Action No. 17-1698). Fee Amount $298. (related document(s) 882) Filed by California Air Resources Board. (Fisch, Harden) Modified on 11/22/2017 (DMC). Modified on 11/29/2017 (DMC). |
| 31 | 902 | Clerk's Notice Regarding Filing of Appeal (related document(s) 898) |

| 32 | 907 | Transmittal of Record on Appeal to District Court. (BAP 17-45). (Attachments: # 1 Opinion # 2 Order on Appeal # 3 Notice of Appeal) (related document(s) 898) |
|----|-----|---|
| 33 | 910 | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 17-1698; BAP Number: 17-45 Tickle due by: 1/22/2018. (related document(s) 898, 907) |
| 34 | 916 | Exhibit(s) //Notice of Filing of Further Extended Budget in Connection with "Consensual Order Authorizing Use of Purported Cash Collateral" (related document(s) 336, 402, 433, 476, 508, 773, 885) Filed by La Paloma Generating Company, LLC. (Attachments: # 1 Exhibit 1) |
| 35 | 939 | Notice of Effective Date // Notice of (A) Entry of Order Confirming Joint Chapter 11 Plan for La Paloma Generating Company, LLC, et al., as Modified; (B) Occurrence of Effective Date Thereunder; and (C) Related Deadlines (related document(s) 869) Filed by La Paloma Generating Company, LLC. |
| 36 | 942 | Statement of Issues on Appeal and Designation of Record under FRBP 8009(a) (related document(s) 898) Filed by California Air Resources Board. |

## STATEMENT OF ISSUE ON APPEAL

LNV Corporation states the following issue as the issue on appeal:

1. Did the Bankruptcy Court err in approving the settlement contained in the plan confirmed by the Confirmation Order?

Dated: December 18, 2017

Fox Rothschild LLP

By: */s/ L. John Bird*
Jeffrey M. Schlerf (DE No. 3047)
L. John Bird (DE No. 5310)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
E-mail: jschlerf@foxrothschild.com
        lbird@foxrothschild.com

—and—

Thomas E Lauria (*admitted pro hac vice*)
WHITE & CASE LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL  33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
E-mail:  tlauria@whitecase.com

—and—

Roberto J. Kampfner (*admitted pro hac vice*)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
E-mail: rkampfner@whitecase.com

—and—

J. Christopher Shore (*admitted pro hac vice*)
Andrew Zatz (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
E-mail: cshore@whitecase.com
        azatz@whitecase.com

*Counsel for LNV Corporation*